IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANCHEZ SMOTHERMAN,

Plaintiff,

v().

JOHN DOE#1, *et al*.,

Defendants.

Case No. 13-cv-638 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 9, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                     *s/Tina Gray*
                                       **Deputy Clerk**


**Approved:**     *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**